**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **NAOMI DENISSE VELIZ VINCES,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN, EL PASO PROCESSING CENTER, et al.**<br><br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CAUSE NO. EP-26-CV-2352-KC** |

**ORDER**

On this day, the Court considered Naomi Denisse Veliz Vinces' Petition for a Writ of Habeas Corpus, ECF No. 1, in which she argues that her detention without an individualized custody determination is unlawful on constitutional due process grounds and asks the Court to order her release, or in the alternative, a bond hearing. *Id.* ¶¶ 59–83; *id.* at 17–18. Veliz Vinces, a citizen of Ecuador, entered the United States on September 15, 2023, and upon entry, was admitted to the United States as a B-1/B-2 nonimmigrant visitor with authorization to remain in the United States for a temporary period. *See* Pet. ¶¶ 25–26. On August 4, 2026, she was detained by immigration authorities. Pet. ¶ 34.

The Court ordered Respondents to show cause why the Petition should not be granted. September 15, 2026, Order, ECF No. 2. In their Response, ECF No. 3, Respondents state that Veliz Vinces "overstayed the authorized period" under her visa, and she "is entitled to a bond hearing" if she requests one. *Id.* at 3. If Veliz Vinces receives an individualized custody determination by the immigration court, that will likely moot this Petition.

Accordingly, the Court **ORDERS** that, **on or before October 7, 2026**, Veliz Vinces shall **FILE** a status report detailing whether she has filed a custody redetermination request with the

immigration court; whether she has received a bond hearing; if not, whether a bond hearing has been scheduled; and if a hearing has not yet been scheduled, the anticipated timeline.

**SO ORDERED**.

**SIGNED this 23rd day of September, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE