**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **NAOMI DENISSE VELIZ VINCES,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN, EL PASO PROCESSING CENTER, et al.**<br><br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CAUSE NO. EP-26-CV-2352-KC** |

**ORDER**

On this day, the Court considered Naomi Denisse Veliz Vinces' Petition for a Writ of Habeas Corpus, ECF No. 1. Because Respondents indicated that Veliz Vinces was entitled to a bond hearing if she requested one, the Court ordered Veliz Vinces to file a status report with the Court, by no later than October 7, 2026, as to whether she requested and received a bond hearing. Sep. 23, 2026, Order, ECF No. 4. The Court noted that "[i]f Veliz Vinces receives an individualized custody determination by the immigration court, that will likely moot this Petition." *Id.*

Veliz Vinces now informs the Court that she requested and subsequently received a bond hearing on October 5, 2026, at which the immigration judge ("IJ") denied her bond on the grounds of "flight risk." Status Update, ECF No. 5-1; *see id.* Ex. A ("Order IJ"), ECF No. 5-1. "[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot." *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). Because Veliz Vinces has received a bond hearing, the Petition is now moot. *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition, ECF No. 1, is **DISMISSED** as moot.

**The Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 8th day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE